# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143686

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PARNELL SEATON,
      Plaintiff-Appellant,

v

                                 SC: 143686
                                 COA: 297502

WAYNE COUNTY CLERK,
      Defendant-Appellee.
                                 Wayne CC: 09-029558-AW

_____/

      On order of the Court, the application for leave to appeal the July 21, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

p0319